IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:24CR79 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **CODY DEMELLE,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the Court on the Unopposed Motion to Continue Trial [46]. Counsel needs additional time to exchange expert opinions and pursue plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [46] is granted as follows:

1. The jury trial, now set for June 23, 2025, is continued to **August 4, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 4, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Counsel for the government shall provide its expert rebuttal report no later than June 27, 2025.

4. **No further continuances will be granted barring exceptional circumstances.**

**DATED: June 9, 2025**

BY THE COURT:

*Robert F. Rossiter, Jr.*

**Robert F. Rossiter, Jr.**
**Chief United States District Judge**